UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                CHAPTER 13 PROCEEDING:

CATHERINE ANN HAYES                                                   10-52566 KMS
Post Office Box 1052
Collins, MS  39428-1052

## MOTION TO INCREASE PLAN PAYMENT

THAT THE SUM PROPOSED TO BE PAID as a Plan Payment by the Debtor is insufficient to complete the payment of the Plan in the originally scheduled number of months proposed by the Debtor.

WHEREFORE, TRUSTEE MOVES THE COURT to increase the Debtor's Plan Payment to the sum of $365.00 per month beginning with the month of April 27, 2011.

RESPECTFULLY SUBMITTED:  March 18, 2011

/s/  J.C. BELL
J.C. BELL, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403

## CERTIFICATE OF SERVICE

I, J.C. BELL, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion to Debtor, Debtor's Attorney and to the U.S. Trustee at the addresses listed below by placing a copy of same in the United States Mail with postage prepaid on this day,  March 18, 2011.

DEBTOR:

CATHERINE ANN HAYES
Post Office Box 1052
Collins, MS  39428-1052

ATTORNEY FOR DEBTOR:

JOHN H. ANDERSON
713 ARLEDGE ST
HATTIESBURG, MS  39401

/s/  J.C. BELL
J.C. BELL, TRUSTEE